IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE MYERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SMS MILL SERVICES COATESVILLE, LLC, et.al. | : | NO. 12-CV-1736 |

O R D E R

      **AND NOW,** this **28TH** day of **NOVEMBER, 2011,** it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that this matter is **DISMISSED** with prejudice.  It is further **ORDERED** that all pending motions are **DENIED** as moot.  The Clerk of Court is directed to statistically close this matter.

              **MICHAEL E. KUNZ**, Clerk of Court


              By:  /s/ Donna M. Croce
                    Donna M. Croce for Mia Harvey
                    Deputy Clerk


11/28/12 - DC
A. Lease
C. Litvan